# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DENISE VAN BEVER, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action File No.:<br>) 2:08-cv-0182-WCO<br>vs. )<br>)<br>GC SERVICES LIMITED )<br>PARTNERSHIP, a Delaware )<br>partnership, )<br>)<br>Defendant. )<br>_____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Denise Van Bever and Defendant GC Services Limited Partnership in the above-referenced action, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing any and all claims against Defendant GC Services Limited Partnership with prejudice in the above-referenced action.

STIPULATED AND AGREED to this 24th day of April, 2009.

(signatures on next page)

1

2

| Prepared and submitted by: | Consented to by: |
|---|---|
| FRANZÉN AND SALZANO, P.C. | SKAAR & FEAGLE, LLP |
| **/s/ Keary Floyd** | **/s/ James M. Feagle** |
| Keary Floyd | James M. Feagle |
| Georgia Bar No. 142398 | Georgia Bar No. 256916 |
| Attorney for Defendant | (Signed with express permission by Keary Floyd) |
|  | Attorney for Plaintiff |
| 40 Technology Parkway South, Suite 202 |  |
| Norcross, GA  30092-2906 | 108 East Ponce de Leon Ave. |
| (770) 248-2885 | Decatur, GA  30030 |
| (770) 248-2883 – Fax | 404-373-1970 |
| Email: kfloyd@franzen-salzano.com | Email: jimfeagle@aol.com |